| | | | |
|---|---|---|---|
| Muhammad v. Schwotzer [49] ..... | 02/29/20168 EAL (2016) | Denied | No. 2139 EDA 2015 |
| O'Hara v. Giroux [50] | 02/22/2016474 WAL (2015) | Denied | Pa.Super., 131 A.3d 89 |
| Pennsylvania Land Holdings Co., LLC v. Reed [51] ........ | 03/01/2016293 WAL (2015) | Denied | Pa.Super., 122 A.3d 1143 |
| Razillard v. Norfolk Southern [52] ....... | 03/01/2016354, 370 WAL (2015) | Denied | Pa.Super., 125 A.3d 466 |
| Richard Lawson Excavating, Inc. v. Meadows Landing Associates, LP [53] .. | 03/01/2016321, 322 WAL (2015) | Denied | Pa.Super., 125 A.3d 443 |
| Roberts ex rel. Butler v. GGNSC Lancaster LP [54] ...... | 02/24/2016597 MAL (2015) | Denied | Pa.Super., 125 A.3d 440 |
| Runk v. Pennock [55] | 02/22/2016818 MAL (2015) | Denied | Pa.Super., 125 A.3d 466 |
| U.S. Bank Nat. Ass'n v. Carey; Lehndorff, In re [56] | 02/29/2016640 MAL (2015) | Denied | Pa.Super., 122 A.3d 453 |

49. Justice EAKIN did not participate in the decision of this matter

50. Justice EAKIN did not participate in the decision of this matter. Justice DONOHUE and WECHT did not participate in the consideration or decision of this matter.

51. Justice EAKIN did not participate in the decision of this matter.

52. Justice EAKIN did not participate in the decision of this matter.

53. Justice EAKIN did not participate in the decision of this matter.

54. Justice EAKIN did not participate in the decision of this matter.

55. Justice EAKIN did not participate in the decision of this matter.

56. Justices EAKIN and DONOHUE did not participate in the decision of this matter.